UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
IVAN PARRAS, *individually and on*           **CASE NO: 1:22-cv-10526-KPF**
*behalf of all others similarly situated,*

            *Plaintiff*,

vs.

MADRID BAKERY, LLC, *a New York limited liability company*, and ARNULFO VALERA, *an individual*,

            *Defendants.*
-----------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiff, IVAN PARRAS, pursuant to Fed. R. Civ. P. 68, hereby accepts the Offer of Judgment made by Defendants, MADRID BAKERY, LLC, and ARNULFO VALERA, dated July 25, 2023, which is attached hereto as Exhibit "A".

DATED this **27th** day of **July,** 2023.

            Respectfully Submitted,

            LAW OFFICES OF NOLAN KLEIN, P.A.
            *Attorneys for Plaintiff*
            5550 Glades Road, Suite 500
            Boca Raton, FL 33431
            PH: (954) 745-0588

            By: */s/ Nolan Klein*
            NOLAN KLEIN, ESQ.
            (NK 4223)
            klein@nklegal.com
            amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **27th** day of **July,** 2023.

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**PETER G. GOODMAN, ESQ.**
HALPERN & SCROM LAW PLLC
1225 Franklin Ave., Suite 325
Garden City, NY 11530
Tel: (516) 466-3200
peter@goodmanpllc.com
*Attorneys for Defendants*