UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IVAN PARRAS, *individually and on behalf of all others similarly situated*,

                Civil Action No. 1:22-cv-10526
                (KPF)(JLC)

                Plaintiff,

         - against -                **[PROPOSED] JUDGMENT**

MADRID BAKERY, LLC, *a New York limited liability company,* and ARNULFO VALERA, *an individual*,

                Defendants.
----------------------------------------------------------------X

WHEREAS, on or about July 24, 2023, Defendants, MADRID BAKERY, LLC, and ARNULFO VALERA, extended to Plaintiff, IVAN PARRAS, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Twenty-Four Thousand Dollars ($24,000.00) (annexed to ECF Dkt. No. 15-1, as Exhibit "A") ("Offer");

WHEREAS, on July 25, 2023, Plaintiff, IVAN PARRAS, accepted the Offer and the terms and conditions stated therein, and filed the Offer, and Plaintiff's Notice of Acceptance thereof, with this Court (ECF Dkt. No. 15);

NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, IVAN PARRAS, have judgment against Defendants, MADRID BAKERY, LLC, and ARNULFO VALERA, jointly and severally, in the amount of Twenty-Four Thousand Dollars ($24,000.00), inclusive of all legal fees, interest, and costs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: July__, 2023.

HON. KATHERINE POLK FAILLA
U.S. DISTRICT COURT JUDGE