UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IVAN PARRAS, *individually and on behalf of all others similarly situated*,

                       Plaintiff,

          - against -

MADRID BAKERY, LLC, *a New York limited liability company,* and ARNULFO VALERA, *an individual*,

                       Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:22-cv-10526 (KPF)(JLC)

**SATISFACTION OF JUDGMENT**

    WHEREAS, a judgment was entered in the above action on the 28th day of July 2023 [Docket No. 17] in favor of Plaintiff Ivan Parras ("Plaintiff") and against Defendants Madrid Bakery, LLC and Arnulfo Valera (together "Defendants") in the amount of $24,000, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: August 1, 2023

Law Offices of Nolan Klein, P.A.

By: _____
Nolan Klein, Esq.
5550 Glades Rd., Ste. 500
Boca Raton, FL 33431
Ph: (954) 745-0588
Email: klein@nklegal.com

*Attorneys for Plaintiff*

STATE OF Florida )
                     ) ss.:
COUNTY OF Palm Beach )

On the 1st day of August 2023 before me personally came Nolan Klein, to me known and known to be a member of the firm of Law Offices of Nolan Klein, P.A., attorneys for Plaintiff Ivan Parras in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

AMPARO DIMALANTA
MY COMMISSION # GG 960088
EXPIRES: June 13, 2024
Bonded Thru Notary Public Underwriters